IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |  |
|---|---|---|
| THOMAS BYRD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:13-cv-193-GPM-DGW |
| | ) | |
| DR. FENOGLIO, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

**WILKERSON, Magistrate Judge:**

Now pending before the Court is the "Motion for a Order/Compel" filed by Plaintiff, Thomas Byrd, on May 6, 2013 (Doc. 17).  The Motion is **DENIED**.  Plaintiff is informed that Dr. Fenoglio has been served and that his Answer is due by June 17, 2013.  Once the Answer has been filed, this matter will be assigned a schedule.

**DATED: May 9, 2013**

                                        **DONALD G. WILKERSON**
                                        **United States Magistrate Judge**