IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| THOMAS E. BYRD #S09454, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No.: 3:13-cv-193-GPM-DGW |
| DR. FENOGLIO, | ) ) ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the preparation of the transcript of the Evidentiary Hearing held on October 10, 2013 in the above entitled cause of action be prepared by Molly Clayton, Court Reporter for the U.S. District Court, and filed with the Clerk of the Court *within 30 days* at the expense of the United States.

DATED:  October 16, 2013

*s/ Donald G. Wilkerson*
DONALD G. WILKERSON
United States Magistrate Judge